IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Shera Woodbury
5116 Parklawn Terrace Apt. 104
Rockville, MD 20852

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Child Welfare Serv - Department of Health + Human Services - 1301 Piccard Drive, 3rd floor, Rockville, MD 20850

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 24-CV-00057-TJS
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes   ☐ No
*(check one)*

BN
'JAN 05 2024
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DEPOSIT BOX

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Shera Woodbury |
| Street Address | 5116 Parklawn Dr, #104 |
| City and County | Rockville, MD 20852 |
| State and Zip Code | Maryland 20852 |
| Telephone Number | 240 423 1734 |
| E-mail Address | swoodbury@gpmcservice.com |

    B. **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Child Welfare Serv - Dept of |
| Job or Title (if known) | Health and Human Services |
| Street Address | 1301 Piccard Drive, 3rd floor |
| City and County | Rockville, Montgomery |
| State and Zip Code | Maryland, 20850 |
| Telephone Number | 301-496-4000 |
| E-mail Address (if known) | nih.gov/about-nih/ask-nih |

2

Defendant No. 2

    Name: U.S. Dept of Health & Human Services
    Job or Title (if known):
    Street Address: 9000 Rockville Pike, 31B
    City and County: Bethesda, Montgomery
    State and Zip Code: Maryland, 20892
    Telephone Number: 301-496-4000
    E-mail Address (if known):

Defendant No. 3

    Name: Mac Ehrlich
    Job or Title (if known): Attorney
    Street Address: 101 Monroe Street, 12th floor
    City and County: Rockville, Montgomery
    State and Zip Code: Maryland, 20850
    Telephone Number: 240-515-4580
    E-mail Address (if known): ehrlichlex@gmail.com

Defendant No. 4

    Name: Marylin Pierre
    Job or Title (if known): Attorney
    Street Address: 932 Hungerford Drive, Ste 4B
    City and County: Rockville, Montgomery
    State and Zip Code: ~~Rock~~ Maryland, 20850
    Telephone Number: 301-279-9020
    E-mail Address (if known): mpierrelaw@gmail.com

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

See Attached

3

Defendant No. 5,

- Name: Voices for Children
- Job or Title (if known): CASA
- Street Address: 8358 Main Street, second floor
- City and County: Ellicott City
- State and Zip Code: Maryland, 21043
- Telephone Number: 410-740-0933
- E-mail Address (if known):

Defendant No. 6

- Name: Theresa Adams
- Job or Title (if known): Judge
- Street Address: 50 Maryland Avenue
- City and County: Rockville, ~~Maryland~~ Montgomery
- State and Zip Code: Maryland, 20850
- Telephone Number: —
- E-mail Address (if known): —

Defendant No. 7

- Name: Sharon Burrell
- Job or Title (if known): Judge
- Street Address: 50 Maryland Avenue
- City and County: Rockville, Montgomery
- State and Zip Code: Maryland, 20850
- Telephone Number: —
- E-mail Address (if known): —

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

Defendant No. ~~2~~ 8.

- Name: Montgomery Co. Sheriff's Office
- Job or Title (if known): 
- Street Address: 50 Maryland Ave
- City and County: Rockville, Montgomery
- State and Zip Code: Maryland 20850
- Telephone Number: —
- E-mail Address (if known): —

~~Defendant No. 3~~

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

~~Defendant No. 4~~

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Stealing identity overlooked, violating my rights as a disabled being, HIPAA violations, seizure during court, court continued, Pre-trial cancellation for Juvenile case giving me no heads up or no evidence of allegations.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   _____
   _____
   _____

5

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I, Shera Woodbury, have been going through discrimination from Defendants over the past 2 years and it is still continuing. It is due to my disability and unfortunately I am still not able to retain a lawyer due to the defendants but, I am going to seek justice no matter what. The defendants have violated my rights from September 2021 and still are. I am requesting a jury trial aswell.

IV.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Relief would be returning what is mine and paying all expenses so I do not have to rely on the government ever again!

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Jan 5th, 20 24

Signature of Plaintiff      Shera Woodbury
Printed Name of Plaintiff   Shera Woodbury

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
Email Address               _____

8